IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DRISKELL,

        Plaintiff,

    v.

SACRAMENTO DEPT OF
CHILD SUPPORT SERVICES,

        Defendant.
_____/

No. CIV S-08-1118 JAM DAD PS

ORDER

        Plaintiff, proceeding pro se, filed the above-entitled action alleging claims arising from state court proceedings for child support. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 4, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2009, are adopted in full;

2. Plaintiff's May 21, 2008 application to proceed in forma pauperis (Doc. No. 2) is denied because plaintiff's complaint fails to state a claim on which relief may be granted;

3. Plaintiff's claims are dismissed with prejudice pursuant to the <u>Rooker</u>-<u>Feldman</u> doctrine; and

4. The Clerk of the Court is directed to close this case.

DATED: April 16, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/driskell1118.jo